IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ALFREDO CHAVEZ GARCIA, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | Case No. 20-cv-357-NJR |
| ) | |
| DAMON ACUFF, in his capacity as ) | |
| Warden, Pulaski County Detention Center, ) | |
| *et al.*, ) | |
| ) | |
| Respondents. ) | |

## ORDER OF DISMISSAL

**ROSENSTENGEL, Chief Judge:**

Pursuant to the Joint Motion to Amend Terms of Prior Court Order and Stipulation of Dismissal (Doc. 21) filed by the parties on May 8, 2020, **IT IS HEREBY ORDERED**:

All claims of Petitioner Chavez Garcia against all Respondents are dismissed without prejudice, with each party bearing his own costs and attorneys' fees, pursuant to the Parties' agreement through counsel and their Stipulation of Dismissal under Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

In accordance with the Parties' agreement set forth in the Joint Motion and Stipulation, the Court's Order of April 27, 2020 is **AMENDED** insofar as the "conditions of bond" set forth in that Order (Doc. 20, p. 5) are **SUPERSEDED** and **REPLACED** by the conditions of Petitioner Chavez Garcia's Order of Release on Recognizance established by the U.S. Immigration and Customs Enforcement (ICE), also dated April 27, 2020, and filed as Exhibit A to the Joint Motion. (Doc. 21-1).

The Clerk is **DIRECTED** to close this case and enter judgment accordingly.

**IT IS SO ORDERED.**

**DATED:** May 11, 2020

_____
**NANCY J. ROSENSTENGEL**
**Chief U.S. District Judge**